## WALKER *v.* HESLE et al.

**Contract to Pay Money — Cannot be Discharged with treasury notes.**

No person is legally bound to accept treasury notes in satisfaction of a contract to pay money.

APPEAL FROM MADISON CIRCUIT COURT.

December 5, 1865.

OPINION BY THE COURT:

The only question presented by this record is, whether the court below erred in adjudging that appellant should accept *treasury notes* in satisfaction of the obligation on appellees to pay him money and surrender up to them the written evidence of their indebtedness?

This question was elaborately discussed and very fully considered by this court in the cases of Griswold *v.* Hepburn, and of

Hawkins *v.* Chenault, decided summer term, 1865, in which cases a majority of the court held (Judge Williams dissenting) that the appellants were not legally bound to accept *treasury notes* in satisfaction of their contract to pay money, and to the principles settled in those cases a majority of the court adheres (and from which Judge Williams dissents).

Wherefore, the judgment of the court below is reversed, and the cause remanded, with directions to render a judgment in favor of appellant conformable with the principles of this opinion.